# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**CLEVELAND R. ELLIS**                                                                 **PLAINTIFF**

**v.**                                          **4:07CV00607-WRW**

**BANK OF AMERICA, BENNY**
**O'NEIL, and FLORIDA EWINGS**                                         **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's claim be DISMISSED WITH PREJUDICE.

DATED this 9th day of August, 2007.

                                                                /s/Wm. R. Wilson, Jr.
                                                        UNITED STATES DISTRICT JUDGE